# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
　　　　Plaintiff, )
)
v. ) 2:12-CR-472-MMD-(GWF)
)
ANTHONY HOROVITZ, )
)
　　　　Defendant. )

## ORDER OF FORFEITURE

On January 7, 2013, defendant ANTHONY HOROVITZ, pled guilty to Count One of a Criminal Information charging him with Conspiracy to Commit ~~Wire and~~ Bank Fraud in violation of Title 18, United States Code, Section 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Information and the Plea Memorandum. Criminal Information, ECF No. 1.

This Court finds that ANTHONY HOROVITZ shall pay a criminal forfeiture money judgment of $20,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANTHONY HOROVITZ a criminal forfeiture money judgment in the amount of $20,000.00 in United States Currency.

DATED this 7th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE